# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTWAN M CARRUTHERS
Facebook Multimedia Journalist & Speaker of L.G.B.T.Q.+ members, Transgender Person: Mrs. Eye Keyla My Carruthers Washington
also known as, Eye Keyla M Carruthers Washington
also known as, Antwan M Carruthers Washington

      Plaintiff

  v.

                                                  Civil Action No.  3:23-cv-433

WESTVILLE CORRECTIONAL FACILITY
WCC-1/WCF, Administration

COLLIN, Ofc.

      Defendants

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Robert L Miller, Jr.

DATE: 6/20/2023  CHANDA J. BERTA, CLERK OF COURT

by   s/N.Eddy
*Signature of Clerk or Deputy Clerk*